UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHARRON S. ANTER,**

    Plaintiff,

v.

                                                        Case No. 11-14905
                                                        Hon. Lawrence P. Zatkoff
                                                        Mag. Judge Mark A. Randon

**OAKWOOD HEALTHCARE, INC.**
doing business as **OAKWOOD HEALTHCARE
SYSTEM**, and **OAKWOOD HOSPITAL**,

    Defendant.

_____/

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

Plaintiff having filed her Motion for Protective Order, the matter having been referred to U.S. Magistrate Judge Randon, the parties having fully briefed the issues, and the Court having heard the argument of counsel,

IT IS HEREBY ORDERED that Plaintiff's Motion for Protective Order is denied. In the event that the matter is not resolved through the private facilitation scheduled for October 30, 2012, Defendant may serve the following subpoenas:

**J.C. Penney Subpoena**

Provided that Plaintiff provides to Defendant her original W-2s received from J.C. Penney from 2009 through 2011 on or before November 2, 2012, Defendant's subpoena will be limited to seeking a copy of Plaintiff's personnel file. If Plaintiff is unwilling or unable to provide the original W-2s to Defendant, the subpoena will seek documents relating to Plaintiff's wages, commissions, and other compensation received from or through that company, in addition to the personnel file.

**D & L Salon/Denise Lay**

The scope of the document request in the D & L Salon/Denise Lay subpoena will be as follows:

Copies of all agreements between Denise Lay/D&L Salon or the Fountains at Franklin/Watermark and Sharron Anter; any other documents showing the terms for the relationship between Ms. Anter and either of them; records showing payments made to and received from Ms. Anter; records showing purchases or payments made by Ms. Anter for expenses and/or supplies; records for tips received by Ms. Anter; and Ms. Anter's work schedules, from January 1, 2008 to the present.

It is so Ordered.

## Notice to the Parties

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

    s/Mark A. Randon
    MARK A. RANDON
    UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 30, 2012, by electronic and/or first class U.S. mail.*

    *s/Melody R. Miles*
    *Case Manager to Magistrate Judge Mark A. Randon*
    *(313) 234-5540*